**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 27, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00084-CV

## IN RE CHRISTOPHER DUPUY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21544**

## MEMORANDUM OPINION

On Tuesday, February 16, 2021, relator, Christopher Dupuy, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Latosha Payne, presiding judge of the 55th District Court of Harris County, to vacate her order denying the relator's motion to dismiss the underlying case for want of prosecution and dismiss the case without prejudice.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Zimmerer.